## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Power Energy Corporation, a North Dakota Corporation; Altschuld Oil, L.L.C., a Colorado Limited Liability Company; Copperhead Corporation, a North Dakota Corporation; Strata Resources, Inc., a Colorado Corporation; Michael S. Johnson, a Colorado Resident; Michael T. Fitzmaurice, a North Dakota Resident; Patrick L. Butz, a North Dakota Resident; and Jacques F. Butz, a North Dakota Resident,<br><br>   Plaintiffs,<br><br>vs.<br><br>Hess Bakken Investment II, L.L.C., a Delaware Limited Liability Company,<br><br>   Defendant. | **ORDER**<br><br><br><br><br><br><br><br><br><br>Case No. 1:17-cv-093 |

On May 4, 2020, the parties filed a Stipulated Motion for Extension of Deadlines. The court **GRANTS** the motion (Doc. No. 46) and amends pretrial deadlines as follows:

1. The parties shall have until July 15, 2020, to compete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs: May 26, 2020

    b. Defendant: July 7, 2020

3. The parties shall have until August 25, 2020, to compete discovery depositions of expert witnesses.

1

4. The parties shall have until June 15, 2020, to file other nondispositive motions (e.g., consolidation, bifurcation).

5. The parties shall have until August 25, 2020, to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations).

6. The parties shall have until August 25, 2020, to file dispositive motions.

The final pretrial conference set for September 29, 2020, and bench trial set for October 20, 2020, are canceled pending further order of the court. The court shall hold a status conference with the parties by telephone September 29, 2020, at 10:00 a.m. The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 5th day of May, 2020.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court