# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Power Energy Corporation, a North Dakota Corporation; Altschuld Oil, L.L.C., a Colorado Limited Liability Company; Copperhead Corporation, a North Dakota Corporation; Strata Resources, Inc., a Colorado Corporation; Michael S. Johnson, a Colorado Resident; Michael T. Fitzmaurice, a North Dakota Resident; Patrick L. Butz, a North Dakota Resident; and Jacques F. Butz, a North Dakota Resident, | ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 1:17-cv-093 |
| Hess Bakken Investment II, L.L.C., a Delaware Limited Liability Company, | ) ) ) | |
| Defendant. | ) | |

On September 29, 2020, the court held a status conference in the above-entitled action by telephone. Attorney Charles Neff appeared on plaintiffs' behalf. Attorney Paul Forster appeared on defendant's behalf.

Pursuant to its discussion with counsel, the court shall amend the pretrial deadlines as follows:

1. The parties shall have until December 1, 2020, to complete fact discovery and to file discovery motions.

2. The parties shall have until December 31, 2020, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 29th day of September, 2020.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court